UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

HUMBERTO FEIJOO,
            Plaintiff,

            v.                          Civil Action No. 13-11432-PBS

MASSACHUSETTS DEPARTMENT
OF CORRECTIONS, ET AL.,
            Defendants.


                              ORDER
                          June 22, 2015
SARIS, C.J.

     Pursuant to the Procedural Order issued on March 3, 2014, <u>see</u> Docket No. 46, requiring a timely motion for substitution of the deceased party within 90 days, and no motion having been filed, the complaint is hereby dismissed pursuant to Rule 25 of the Federal Rules of Civil Procedure.

SO ORDERED.

                                    /S/ Patti B. Saris
                                    PATTI B. SARIS
                                    Chief, U.S. DISTRICT JUDGE